UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIEGO ARBOLEDA,

    Plaintiff,

vs.                                            CASE NO.: 2:17-CV-00406-UA-CM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW**, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through undersigned counsel, and pursuant to Local Rules 3.08 and 9.06, hereby notifies the Court that the parties have reached a settlement in this case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 17, 2018, a true and accurate copy of the above and foregoing has been furnished to the following Primary Service E-Mail Address of the counsel of record for the Plaintiff:

**Gregg M. Hollander, Esq.**
Florida Bar No. 973350
THE HOLLANDER LAW FIRM, P.A.
7000 W. Palmetto Park Rd., Suite 500
Boca Raton, FL 33433
Phone No: (561) 347-7770
Fax No: (561) 347-9929
E-mail: ghollander@hollanderlawfirm.com
E-mail: jmullen@hollanderlawfirm.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　/s/ *Kendall O. Pfeifer*
**Adam C. Shelton, Esq.**
Florida Bar No: 572578
**Kendall O. Pfeifer, Esq.**
Florida Bar No: 105445
SHELTON | MCKEAN
9700 9th St. N., Suite 400
St. Petersburg, FL 33702
Phone No: (727) 316-6330
Email: service-ashelton@sheltonmckean.com
Email: service-kpfeifer@sheltonmckean.com
*Attorneys for Defendant*